UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAWN ZAMORA,<br><br>                    Plaintiff,<br><br> v.<br><br>CHICK-FIL-A, INC.,<br><br>                    Defendant. | Case No. 1:22-cv-00689-EPG<br><br>ORDER RE: NOTICE OF VOLUNTARY DISMISSAL OF ACTION WITHOUT PREJUDICE<br><br>(ECF No. 4) |

On June 15, 2022, Plaintiff filed a notice voluntarily dismissing this action without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). (ECF No. 4). Therefore, this action has been terminated. Fed. R. Civ. P. 41(a)(1)(A)(i); *Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997). Accordingly, the Clerk of Court is respectfully directed to terminate all pending deadlines, assign a district judge to this case for the purposes of closing the case, and then to close the case.

IT IS SO ORDERED.

Dated:   **June 16, 2022**                        /s/ Erica P. Grosjean
                                                                 UNITED STATES MAGISTRATE JUDGE